NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-283


RUTH O. ARCHINARD, ET VIR.

VERSUS

SUTHERLAND BUILDING MATERIAL CENTERS, INC., ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 191,535
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.


REVERSED & REMANDED.

Thomas Overton Wells
Attorney at Law
1254 Dorchester Drive
Alexandria, LA 71315
(318) 445-4500
Counsel for Defendant/Appellee:
Sutherland Building MaterialCenters, Inc., LP
Charles Wallace
Erick Reynolds

**Gary Joseph Arsenault**
**Neblett, Beard & Arsenault**
**P. O. Box 1190**
**Alexandria, LA 71309-1190**
**(318) 487-9874**
**Counsel for Plaintiff/Appellant:**
**Ruth O. Archinard**
**Wayne C. Archinard**